IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | | |
|---|---|---|
| HOLLIS HENRY MALIN, | ) | Case No. 11-30751 |
| | ) | Chapter 7 |
| Debtor. | ) | |

## TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes F. Scott Milligan, Chapter 7 Trustee, in opposition to the Motion for Relief from Automatic Stay filed by JPMorgan Chase Bank, National Association ("JPMorgan") In support of his opposition, the Trustee would show unto the Court as follows:

1. The debtor's § 341 meeting of creditors is scheduled on March 29, 2011.

2. The Trustee would request additional time in which to review the case, to review the creditors documents, and to review the property for the benefit of the estate. The Trustee requests the Motion be denied at this time.

WHEREFORE, the Trustee respectfully requests that the Motion for Relief from Automatic Stay be denied at this time.

Respectfully submitted this 29th day of March, 2011.

/s/ F. Scott Milligan
F. Scott Milligan, BPR No. 13886
LITTLE & MILLIGAN, P.L.L.C.
900 E. Hill Avenue, Suite 130
Knoxville, TN  37915
865-522-3311

## CERTIFICATE OF SERVICE

    I hereby certify that on March 29, 2011, a true and correct copy of the foregoing Application has been served upon the following by electronic mail (ECF).

        Patricia C. Foster, US Trustee
        John P. Newton, Jr., Attorney for Debtor

The following have been upon the persons listed below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

        Hollis Henry Malin
        809 Drygap Pike
        Knoxville, TN 37918

        Robert J. Wilkinson
        Six Piedmont Center, Suite 700
        3525 Piedmont Road, NE
        Atlanta, GA 30305

        /s/ F. Scott Milligan
        F. Scott Milligan